USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPEEDY SIMULATOR GAMING, LLC and SPYDER GAMES, LLC,

Plaintiffs,

-v-

BABYHOOME, et al.,

Defendants.

26-cv-8931 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On November 10, 2026, the Court issued a temporary restraining order ("TRO") against Defendants. Dkt. No. 25. On November 19, 2026, Plaintiffs moved for a preliminary injunction. Dkt. No. 28. Defendants' opposition to the preliminary injunction motion is due on November 24, 2026, and the Court has scheduled oral argument on the motion on November 25, 2026. Because the TRO is scheduled to expire on November 24, 2026, at 9:33 a.m., the Court extends the TRO for an additional fourteen days pursuant to Federal Rule of Civil Procedure 65(b)(2). Good cause is satisfied because the extension will permit the Court to consider Plaintiffs' motion for a preliminary injunction. Plaintiffs are directed to serve this order on Defendants.

SO ORDERED.

Dated: November 23, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge